## United States Bankruptcy Court
### Northern District of Oklahoma

In re  **Blaksley Ventures 108, LLC**                                    Case No.  **10-11591-M**
                                            Debtor
                                                                         Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| R. Alan Blaksley<br>17327 Club Hill Drive<br>Dallas, TX 75248 | | | 95% interest in L.L.C. |
| Seelan Subramaniam<br>8002 South 101st East Avenue<br>Tulsa, OK 74133 | | | 5% interest in L.L.C. |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member, Blaksley Ventures 108, LLC of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  May 19, 2010                                 Signature  /s/ R. Alan Blaksley
                                                             R. Alan Blaksley
                                                             Managing Member, Blaksley Ventures 108, LLC

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                        18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders